# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KENYADA SHONTEL BROOKS** | **CASE NO. 3:19-CV-01594** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART ASSOCIATES, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc, No. 17] having been considered, together with the Objections thereto filed with this Court [Doc. No. 18], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant, Walmart, Inc.'s motion to dismiss for improper venue [Doc. No. 10] is **GRANTED**, and that this case is hereby **DISMISSED, without prejudice**, in its entirety. Fed.R.Civ.P. 12(b)(3).

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Walmart, Inc.'s alternative request to transfer [Doc. No. 10] is **DENIED.**

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that defendant, City of Olive Branch, Mississippi's motion to dismiss for lack of personal jurisdiction [Doc. No. 6] is **DENIED,** as moot.

Monroe, Louisiana, this 10th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE